IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | | |
|---|---|---|---|
| ROY W. KRIEGER, | ) | | |
| | ) | | |
| Plaintiff, | ) | Civil Action No. 5:13cv073 | |
| | ) | | |
| v. | ) | | |
| | ) | | |
| LOUDON COUNTY, DEPARTMENT | ) | | |
| OF SOCIAL SERVICES, et al., | ) | By: | Michael F. Urbanski |
| | ) | | United States District Judge |
| Defendants. | ) | | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this day, the magistrate judge's July 15, 2014, Report and Recommendation, Dkt. No. 72, is **ADOPTED in part and REJECTED in part** to the extent consistent with the accompanying Memorandum Opinion. Each of the motions to dismiss, Dkt. Nos. 42, 45, and 56, are **GRANTED**, and this matter is **DISMISSED** with prejudice and **STRICKEN** from the active docket of the court.

It is **SO ORDERED**.

The Clerk is directed to send a certified copy of this Order to the pro se plaintiff and to counsel of record.

Entered: September 30, 2014

*Michael F. Urbanski*

Michael F. Urbanski
United States District Judge